# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN AND WESTERN DISTRICTS OF ARKANSAS

In re: Aaron Parmelee and Sarah Parmelee            Case No.: 4:21-bk-12095
Debtor            Chapter 13

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on August 11, 2021, a true and correct copy of the foregoing has been served on the Chapter 13 Standing Trustee servicing this case and Charles W. Tucker, Assistant United States Trustee by CM/ECF; and served on all creditor whose names and addresses are set forth on the matrices filed in this case by U.S. Mail, postage prepaid.

By: /s/ Matthew D. Mentgen
Matthew D. Mentgen
State Bar No. 2008096

Mentgen Law
PO Box 164439
Little Rock, AR 72216
Tel: (501) 392-5662
Fax: (866) 528-0404
matthew@mentgenlaw.com