KE /4DFG

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re: AARON PARMELEE and SARAH PARMELEE Case No: 4:21-bk-12095 J

OBJECTION TO CONFIRMATION
OF INITIAL PLAN

Comes now Mark T. McCarty, Chapter 13 Standing Trustee who would show the Court the following for which relief is sought. It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

1. 11 U.S.C. §1325(a)(1). The plan does not comply with the provisions of Chapter 13 and with the other applicable provisions of the Bankruptcy Code. **In that the debtor has failed to provide evidence that income tax returns for "all taxable periods ending during the four year period ending on the date of the filing of the petition" have been filed in accordance with the provisions of 11 U.S.C. §1308 and §1325(a)(9), specifically 2020.**

2. 11 U.S.C. §1325(a)(1). The plan does not comply with the provisions of Chapter 13 and with the other applicable provisions of the Bankruptcy Code. **The Statement of Financial Affairs Number 4 is blank. Further, the vehicle with Ford Motor Credit was purchased over 910 days from filing and should be paid the value.**

3. 11 U.S.C. §1325(b). Payments to be paid to unsecured creditors are inconsistent with disposable income. **The expenses on Schedule J are excessive and the plan is not a specific 100%.**

Because the plan and petition fail to comply with applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. §1307 or the confirmation should be denied and the debtor given an opportunity to submit a modified plan within reasonable time.

PREMISES CONSIDERED, Mark T. McCarty, Standing Chapter 13 Trustee prays:
1. That the Court set this objection for a hearing.
2. That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. §1307 or deny confirmation and grant the debtor a reasonable time in which to submit a modified plan.
3. That the Chapter 13 Trustee be granted such other and further relief to which he may be entitled.

Dated: 9/8/2021 /s/ Mark T. McCarty
 CHAPTER 13 TRUSTEE

cc: Aaron Parmelee and
 Sarah Parmelee
 11 Concord
 Mayflower, AR 72106-9450

 Matthew D Mentgen, Atty (Noticed by ECF)
 P O Box 164439
 Little Rock, AR 72216-4439