GO11-17(a)/ BS   /59A

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: Aaron Parmelee and Sarah Parmelee   CASE NO:   4:21-bk-12095 J
Chapter 13

CHAPTER 13 ORDER TO MODIFY PLAN
AND TO PROVIDE DOCUMENTATION

Before the court is the Objection to Confirmation of Plan, Docket Entry [35], filed on 10/08/2021 by the Trustee. The Objection was set for hearing on 12/28/2021. Prior to the hearing, the objection was settled, and a hearing was not necessary.

For cause shown, the court finds that the Objection to Confirmation is sustained. The debtors are hereby granted 21 days from the date of this Order to file a modification to the plan and to provide documentation, amended Schedules A and J, amended Statement of Financial Affairs, and proof of filing of the 2020 income tax return, regarding the plan. Failure to file the modification and submit the documentation within the time described in this Order may result in dismissal of the case without further notice or hearing.

IT IS SO ORDERED.

/s/ Phyllis M. Jones

Phyllis M. Jones
U.S. Bankruptcy Judge

Date:   December 28, 2021

cc:   Mark T. McCarty, Trustee

Matthew D Mentgen, Atty   (Noticed by ECF)
P O Box 164439
Little Rock, AR  72216-4439

Aaron Parmelee and Sarah Parmelee
11 Concord
Mayflower, AR  72106-9450